IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JIMMY HERRERA,<br>    Plaintiff | * <br> * <br> * | |
| | * | CIVIL ACTION NO. |
| v. | * | |
| | * | B-01-024 |
| CTS CORPORATION, ET. AL.,<br>    Defendant | * <br> * | |

**DEFENDANTS' MOTION TO DISMISS
CERTAIN CLAIMS FOR FAILURE TO STATE
CLAIMS UPON WHICH RELIEF CAN BE GRANTED**

Defendants CTS Corporation and Josie Molina, pursuant to Fed. R. Civ.

P. 12(b)(6) and by their undersigned attorney in charge, move this court to

dismiss the intentional infliction of emotional distress claim as to all parties and

the Texas Commission on Human Rights Claim as to defendant Molina because

plaintiff has failed to state claims upon which relief can be granted, as follows:

1.    This is a claim for employment discrimination on account of

disability.  Plaintiff has sued both his employer and his supervisor under the

Texas Commission on Human Rights Act, Chapter 21 of the Texas Labor Code.

Plaintiff has expressly disavowed any federal claims.  Plaintiff has also alleged

intentional infliction of emotional distress based upon the same allegations

supporting his discrimination claim.

2.    Defendant Josie Molina moves to dismiss the discrimination claim

against her because supervisors, as a matter of law, are not individually liable

under the Texas Commission on Human Rights Act.

ClibPDF - www.fastio.com

3.     Both defendants move to dismiss the intentional infliction of emotional distress claim because, as a matter of law, employment discrimination in not "extreme and outrageous conduct" sufficient to support a claim for intentional infliction of emotional distress.

4.     Defendants incorporate herein by reference their Brief in Support of Defendants' Motion to Dismiss Certain Claims for Failure to State Claims upon which Relief can be Granted.

\* \* \* \* \* \*

For these reasons. defendants move this court for its order

1.     Dismissing all claims asserted herein against Josie Molina; and

2.     Dismissing the intentional infliction of emotional distress claim against CTS Corporation.

Signed this _5_ day of February 2001.

Respectfully submitted,

John E. Chosy Attorney-at-Law, P.C.
1805 Ruben M. Torres Blvd., Suite B-21
Brownsville, Texas   78526
Telephone:  (956) 544-6677
Telefax    :  (956) 544-6679

By: _____
     John E. Chosy
     State Bar No. 04216300
     Cameron County ID No. 00304801
     Federal I.D. No. 1054
     Attorney-in-Charge

ATTORNEY FOR DEFENDANTS

DEFENDANTS' MOTION TO DISMISS CERTAIN
CLAIMS FOR FAILURE TO STATE CLAIMS
UPON WHICH RELIEF CAN BE GRANTED – PAGE 2

ClibPDF - www.fastio.com

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on all counsel of record in this matter in accordance with the Federal Rules of Civil Procedure by certified mail, return receipt requested on the ___5___ day of February 2001.

John E. Chosy

DEFENDANTS' MOTION TO DISMISS CERTAIN
CLAIMS FOR FAILURE TO STATE CLAIMS
UPON WHICH RELIEF CAN BE GRANTED – PAGE 3

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

JIMMY HERRERA,
      Plaintiff

v.

CTS CORPORATION, ET. AL.,
      Defendant

\*
\*
\*    **CIVIL ACTION NO.**
\*
\*
\*
\*

## ORDER DISMISSING
## CERTAIN CLAIMS FOR FAILURE TO STATE
## CLAIMS UPON WHICH RELIEF CAN BE GRANTED

The Motion of Defendants CTS Corporation and Josie Molina to dismiss the intentional infliction of emotional distress claim as to all parties and the Texas Commission on Human Rights Claim as to defendant Molina has come before the court.  Based on the submissions of the parties, the court is of the opinion that the motion is well taken and that plaintiff has failed to state claims upon which relief can be granted.  Therefore it is

ORDERED that the following claims be and hereby are dismissed:

1.    Plaintiff's claim against Josie Molina under the Texas Commission on Human Rights Act, Chapter 21 of the Texas Labor Code; and

2.    All claims against all parties for intentional infliction of emotional distress

Signed at Brownsville, Texas this _____ day of _____, 2001.

_____
United States District Judge