4

United States District Court
Southern District of Texas
ENTERED

FEB 1 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

| | | |
|---|---|---|
| JIMMY HERRERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, ET AL. | § | |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF CAN BE GRANTED**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 15, 2001 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   FEBRUARY 14, 2001

TO:     MR. MIGUEL SALINAS
        MR. JOHN E. CHOSY