#5

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JIMMY HERRERA, <br> Plaintiff | * <br> * <br> * |
| v. | * CIVIL ACTION NO.: <br> * B-01-024 <br> * |
| CTS CORPORATION, ET. AL., <br> Defendant | * <br> * |

## LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

Defendants hereby advise the Court that the following entities are financially interested in this litigation:

1. CTS Corporation; and

2. Josie Molina.

The securities of CTS Corporation are publicly traded on the New York Stock Exchange.

Signed this 15th day of February 2001.

Respectfully submitted,

John E. Chosy Attorney-at-Law, P.C.
1805 Ruben Torres Blvd
Suite B-21
Brownsville, Texas 78526
Telephone: (956) 544-6677
Telefax    : (956) 544-6679

By _____
John E. Chosy
State Bar No. 04216300
Cameron County ID. 304801
Federal ID 1054
Attorney-in-Charge

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on all counsel of record in this matter in accordance with the Federal Rules of Civil Procedure by ~~certified mail, return receipt requested~~ 1st Class Mail on the 15th day of February 2001.

John E. Chosy

LIST OF ENTITIES FINANCIALLY
INTERESTED IN THIS LITIGATION – PAGE 2