# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

MAR 1 3 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JIMMY HERRERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL         ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below to be held at the same time as the Initial Pretrial Conference set February 5, 2001.

TYPE OF PROCEEDING:

**HEARING ON DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF CAN BE GRANTED**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME PREVIOUSLY SCHEDULE:

**MARCH 21, 2001 AT 2:00 P.M.**

CONTINUED TO DATE AND TIME:

**MARCH 23, 2001 AT 1:30 P.M.**

_____
PAULA TAMAYO, U.S. DEPUTY CLERK FOR
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 13, 2001

TO:   MR. MIGUEL SALINAS
        MR. JOHN E. CHOSY