United States District Court
Southern District of Texas
FILED

MAR 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JIMMY HERRERA,             *
              Plaintiff    *
                           *
                           *      CIVIL ACTION NO.:
v.                         *          B-01-024
                           *
CTS CORPORATION, ET. AL.,  *
              Defendants   *

## JOINT DISCOVERY/CASE MANAGEMENT PLAN
## UNDER RULE 26(f)
## FEDERAL RULES OF CIVIL PROCEDURE

1.      State where and when the meeting of the parties required by Rule 26(f)
was held, and identify the counsel who attended for each party.

**RESPONSE:**

March 13, 2001.  Miguel Salinas, Attorney-in-charge for plaintiff, and John E.
Chosy, attorney-in-charge for defendants, attended.

2.      List the cases related to this one that are pending in any state or federal
court, with the case number and court.

**RESPONSE:**

None.

3.      Specify the allegation of federal jurisdiction.

**RESPONSE:**

Diversity of citizenship.

4.      Name the parties who disagree and the reasons.

**RESPONSE:**

Plaintiff disagrees and asserts that Josie Molina, a Texas citizen, is a proper
defendant.

5.     List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.

**RESPONSE:**

None.

6.     List anticipated interventions.

**RESPONSE:**

None.

7.     Describe class-action issues.

**RESPONSE:**

None.

8.     State whether each party represents that it has made the initial disclosures required by Rule 26(a).  If not, describe the arrangements that have been made to complete the disclosures.

**RESPONSE:**

Defendants have made their initial disclosures; plaintiff will make his by May 15, 2001.

9.     Describe the proposed agreed discovery plan, including:

     A.     Responses to all the matters raised in Rule 26(f).

**RESPONSE:**

          The parties do not see the need for any regulation of discovery beyond the existing requirements of the Federal Rules of Civil Procedure and Local Rules.  The parties request that leave be granted to serve interrogatories in sets so long as the number of questions in all of the sets does not exceed the limits of Local Rule 5.D.  Notwithstanding items 9.F. and 9.G., the parties reserve the right to designate and depose experts in accordance with the Federal Rules of Civil Procedure and the Local Rules.

CHIPDF - www.fasoo.com

B.   When and to whom the plaintiff anticipates it may send interrogatories.

**RESPONSE:**

To defendant by May 15, 2001.

C.   When and to whom the defendant anticipates it may send interrogatories.

**RESPONSE:**

To plaintiff by May 15, 2001.

D.   Of whom and by when the plaintiff anticipates taking oral depositions.

**RESPONSE:**

Josie Molina, CTS Corporation corporate representative, other witnesses whose identities may become known during discovery.

E.   Of whom and by when the defendant anticipates taking oral depositions.

**RESPONSE:**

Plaintiff and other witnesses whose identities may become known during discovery.

F.   List expert depositions the plaintiff anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

Rolando C. Ascarrunz, M.D., plaintiff's treating physician.

G.   List expert depositions the defendant anticipates taking and their anticipated completion date.  See Rule 26(a)(2)(B) (expert report).

**RESPONSE:**

Rolando C. Ascarrunz, M.D., plaintiff's treating physician.

CHPDF - www.fineio.com

10.    If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**RESPONSE:**

N/A.


11.    Specify the discovery beyond initial disclosures that has been undertaken to date.

**RESPONSE:**

None.


12.    State the date the planned discovery can reasonably be completed.

**RESPONSE:**

December 31, 2001.


13.    Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting.

**RESPONSE:**

The parties need some discovery before meaningful settlement discussions can take place.


14.    Describe what each party has done or agreed to do to bring about a prompt resolution.

**RESPONSE:**

Parties are agreeable to mediation after a reasonable time for discovery.


15.    From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

**RESPONSE:**

Mediation.

16.     Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.

**RESPONSE:**

Parties agree to trial before a magistrate judge.

17.     State whether a jury demand has been made and if it was made on time.

**RESPONSE:**

Yes, plaintiff made a timely jury demand.

18.     Specify the number of hours it will take to present the evidence in this case.

**RESPONSE:**

24 (3—8 hour days) hours plus time for jury selection, opening statement and argument.

19.     List pending motions that could be ruled on at the initial pretrial and scheduling conference.

**RESPONSE:**

Defendants' Motion to Dismiss Certain Claim for Failure to State Claims Upon which Relief can be Granted.

20.     List other motions pending.

**RESPONSE:**

None.

21.     Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

**RESPONSE:**

None.

22.    List the name, bar numbers, addresses, and telephone numbers of all counsel.

**RESPONSE:**

Plaintiff:                                              Defendant:

Miguel Salinas                                    John E. Chosy
Garza & Salinas, L.L.P.                      John E. Chosy, Attorney at Law, P.C.
680 E. St. Charles, Suite 110           1805 Ruben Torres Blvd., Suite B-21
Brownsville, Texas 78520                  Brownsville, Texas 78526
Telephone:  (956) 574-9502           Telephone:  (956) 544-6677
Telefax    : (956) 574-9506            Telefax    : (956) 544-6679
State Bar No.: 17534750                   State Bar No.: 04216300
Cameron County ID No.:_____      Cameron County ID No.: 00304801
Federal ID No. _15171__                 Federal ID No.:  1054

Signed this _14_ day of March 2001.

Respectfully submitted,

GARZA & SALINAS, L.L.P.                 John E. Chosy, Attorney at Law, P.C.
ATTORNEYS AT LAW                         1805 Ruben Torres Blvd., Suite B-21
680 E. St. Charles, Suite 110           Brownsville, Texas 78526
Brownsville, Texas 78520                  Telephone: (956) 544-6677
Telephone: (956) 574-9502            Telefax    : (956) 544-6679
Telefax    : (956) 574-9506

By:_____            By:_____
Miguel Salinas                                   John E. Chosy
State Bar No. 17534750                     State Bar No. 04216300
Federal ID No. _15171_                    Cameron County ID No. 00304801
                                                         Federal ID No. 1054

ATTORNEY FOR PLAINTIFF

                                                         ATTORNEY FOR DEFENDANTS