9

United States District Court
Southern District of Texas
FILED

MAR 2 3 2001

Michael N. Milby
Clerk of Court

## THE HONORABLE JOHN WM. BLACK

## INITIAL PRETRIAL CONFERENCE
## and
## HEARING ON DEFENDANTS' MOTION TO DISMISS

CIVIL ACTION NO. B-01-024          DATE & TIME: ___03-23-01 AT 1:30 P.M.___

JIMMY HERRERA                     PLAINTIFF(S) _____MIGUEL SALINAS_____
                                  COUNSEL

VS.

CTS CORPORATION, ET AL.           DEFENDANT(S) ___JOHN E. CHOSY___
                                  COUNSEL

-----------------------------------------------------------------------------------

Parties were notified that the hearing will be rescheduled.