# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
MAR 26 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JIMMY HERRERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, ET AL. | § | |

TYPE OF CASE:    __X__ CIVIL             ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FOR FAILURE TO STATE CLAIMS UPON WHICH RELIEF CAN BE GRANTED**

PLACE:                                                                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                      **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                        CONTINUED TO DATE AND TIME:

**MARCH 23, 2001 AT 1:30 P.M.**                                         **MARCH 28, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 23, 2001

TO:       MR. MIGUEL SALINAS
          MR. JOHN E. CHOSY