11

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

Jimmy Herrera, §
§
   Plaintiff(s) §
§
versus § CIVIL ACTION NO. B-01-024
§
CTS Corporation, et. al., §
   Defendant(s) §

## CONSENT TO PROCEED BEFORE A MAGISTRATE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

_____         _____
Miguel Salinas,                    John E. Chosy
attorney for plaintiff             attorney for defendants

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

3-28-01                            _____
Date                               United States District Judge

SDTX-DC-23
02/03/98