12

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

MAR 2 8 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-024          DATE & TIME:   03-28-01 AT 1:30 P.M.

JIMMY HERRERA                      PLAINTIFF(S)   MIGUEL SALINAS
                                   COUNSEL

VS.

CTS CORPORATION, ET AL.            DEFENDANT(S)   JOHN E. CHOSY
                                   COUNSEL

---

Attorneys Miguel Salinas and John Chosy appeared in chambers.

Agreed Order Dismissing Certain Claims filed. Hearing on that matter was not needed.

Scheduling dates were selected.

Consent to proceed before Magistrate Judge John Wm. Black was signed.