13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JIMMY HERRERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, ET AL. | § | |

<u>ORDER</u>

On this day came on to be considered the **initial pretrial conference** the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Dispositive motion must be filed by **October 31, 2001**.
Response must be filed by **November 30, 2001**.

(2) All discovery in this case must be completed by **December 19, 2001**.

(3) All other motions, including joinder of parties must be filed no later than **December 9, 2001**.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **December 19, 2001**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **December 19, 2001 at 1:30 P.M.** before Magistrate Judge John Wm. Black.

(6) Jury selection is set for **January 4, 2002 at 8:30 A.M.** before Judge Filemon B. Vela.

(7) Trial on the merits is set for **January 22, 2002 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 28th day of March, 2001.

John Wm. Black
United States Magistrate Judge