14

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

| | | |
|---|---|---|
| JIMMY HERRERA, Plaintiff | * * * | **APR 0 2 2001** |
| v. | * * | CIVIL ACTION NO.  Michael N. Milby, Clerk of Court  B-01-024  By Deputy Clerk |
| CTS CORPORATION, ET. AL., Defendant | * * * | |

## AGREED ORDER DISMISSING CERTAIN CLAIMS

Defendants CTS Corporation and Josie Molina have moved this court to dismiss the intentional infliction of emotional distress claim as to all parties and the Texas Commission on Human Rights Claim as to defendant Josie Molina only. The court has been advised that plaintiff does not oppose the motion. Therefore, upon the agreement of the parties, it is

ORDERED that Defendants' Motion To Dismiss Certain Claims For Failure To State Claims Upon Which Relief Can Be Granted be and hereby is granted and that all claims asserted herein against Josie Molina and the intentional infliction of emotional distress claim against CTS Corporation be and hereby are dismissed. The claim asserted against defendant CTS Corporation alleging violation of the Texas Commission on Human Rights Act (Chapter 21, Texas Labor Code) remains pending before the Court.

Signed this 28 day of ___M A R C H___, 2001.

_____
United States Magistrate Judge

AGREED ORDER DISMISSING CERTAIN CLAIMS – PAGE 1 OF 2