IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JIMMY HERRERA, | * |
| Plaintiff | * |
| | * |
| v. | * CIVIL ACTION NO.: |
| | * B-01-024 |
| CTS CORPORATION, | * |
| Defendant | * |

**DEFENDANT CTS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

Defendant CTS Corporation moves for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as follows:

1.  This is a disability discrimination in employment case brought under the Texas Commission on Human Rights Act, §21.001 *et. seq.* of the Texas Labor Code. Plaintiff claims that CTS Corporation terminated his employment because of his peripheral vascular disease.

2.  To prevail on his claim, plaintiff must prove that he could perform the essential functions of his job with or without a reasonable accommodation. One of the essential functions of his job required lifting cartons weighing over 40 pounds.

3.  Assuming that plaintiff's peripheral vascular disease is a disability within the meaning of the Texas Commission on Human Rights Act, the undisputed facts demonstrate that lifting over 40 pounds is an essential function of plaintiff's job as a shipping clerk, that plaintiff was unable to lift over 40 pounds, and there was no reasonable accommodation that would permit him to lift over 40 pounds.

4.  Since plaintiff could not perform the essential functions of his job with or without a reasonable accommodation, CTS Corporation could lawfully terminate his employment.

5.  Defendant's summary judgment proof consists of excerpts from plaintiff's deposition and the Declaration of Josie Molina which are attached to Defendant's Brief in Support of Its Motion for Summary Judgment.

6.  This motion is exempt from the conference requirements of Local Rule 7.1.

* * * * * *

Because there is no genuine issue of any material fact and defendant is entitled to judgment as a matter of law, CTS Corporation moves this Court for entry of summary judgment that plaintiff take nothing on his claims.

Signed this 3 1 day of October 2001.

          Respectfully submitted,

          John E. Chosy Attorney-at-Law, P.C.
          1805 Ruben M. Torres Blvd., Suite B-21
          Brownsville, Texas   78526
          Telephone: (956) 544-6677
          Telefax    : (956) 544-6679

By: _____
    John E. Chosy
    State Bar No. 04216300
    Cameron County ID No. 00304801
    Federal I.D. No. 1054
    Attorney-in-Charge

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on all counsel of record in this matter in accordance with the Federal Rules of Civil Procedure by certified mail, return receipt requested on the _31_ day of October 2001.

John E. Chosy

DEFENDANT CTS CORPORATION'S
MOTION FOR SUMMARY JUDGMENT -- PAGE 3

# John E. Chosy

Attorney-at-Law, P C.
Suite B-21 Paseo Plaza Center
1805 Ruben Torres Blvd.
Brownsville, Texas 78526

Phone: 956/544-6677
Fax. 956/544-6679
Mobile: 956/498-6677
e-mail: jchosy@ies.net

October 30, 2001

Clerk of the Courts
United States District Court
Southern District - Brownsville Division
600 E. Harrison, #1158
Brownsville TX 78520

Re: Civil Action No. B-01-024
Jimmy Herrera v.
CTS Corporation, et. al.
United States District Court
Southern District - Brownsville

Dear Clerk:

Enclosed for filing in the above referenced civil action are the following:

1. Defendant CTS Corporation's Motion for Summary Judgment;

2. Brief in Support of Defendant's Motion for Summary Judgment; and

3. Order Granting Defendant's Motion for Summary Judgment.

A copy of the foregoing has been served on all counsel of record in this matter.

Thank you for your assistance.

Sincerely,

John E. Chosy

JEC/lac
enc.
xc: Mr. Miguel Salinas
    Garza & Salinas, L.L.P.
    680 E. St. Charles, Suite 110
    Brownsville TX 78520