*18*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

DEC 1 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JIMMY HERRERA,<br>Plaintiff, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-01-024 |
| CTS CORPORATION,<br>Defendant. | §<br>§<br>§ | |

## ORDER

Pending before the Court is Defendant's CTS Corporation ("CTS") Motion for Summary Judgment (Docket No. 15) and Brief in Support of Motion (Docket No. 16) and Plaintiff's Jimmy Herrera ("Herrera") Response to CTS's Motion for Summary Judgment (Docket No. 17). One of the issues raised by the parties is whether the plaintiff's receipt of social security benefits bars his disability discrimination claim.

The Court orders that Herrera file with the Court the application he submitted to the Social Security Administration. The Court further orders that both parties submit additional briefing on the impact of Herrera's pursuit and receipt of social security benefits.

The parties shall have 15 days from the date this order is filed to file a response to the foregoing issues.

DONE at Brownsville, Texas, this 10TH day of December, 2001.

John Wm. Black
United States Magistrate Judge