

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 1 9 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-01-024          DATE & TIME:    12-19-01 AT 1:30 P.M.

JIMMY HERRERA                      PLAINTIFF(S)    MIGUEL SALINAS
                                   COUNSEL

VS.

CTS CORPORATION, ET AL.            DEFENDANT(S)    JOHN E. CHOSY
                                   COUNSEL

---

Attorney John Chosy appeared in chambers. Attorney Miguel Salinas did not appear.

Agreed final pretrial order shall be filed no later than January 7, 2002.

Jury selection and trial will be reset.