21

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

## ORDER

DEC 2 0 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JIMMY HERRERA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, ET AL. | § | |

TYPE OF CASE          __X__  CIVIL                              ____  CRIMINAL

**TAKE NOTICE that the proceedings in this case have been continued as indicated below:**

TYPE OF PROCEEDING·

**JURY SELECTION BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

DATE AND TIME PREVIOUSLY SCHEDULED·          CONTINUED TO DATE AND TIME:

**JANUARY 4, 2002 AT 8:30 A.M.**                        **FEBRUARY 1, 2002 AT 8:30 A.M.**

**TRIAL ON THE MERITS BEFORE MAGISTRATE JUDGE JOHN WM. BLACK**

DATE AND TIME PREVIOUSLY SCHEDULED          CONTINUED TO DATE AND TIME:

**JANUARY 22, 2002 AT 9:00 A.M.**                      **FEBRUARY 19, 2002 AT 9:00 A.M.**

PLACE                                                ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

JOHN WM  BLACK, U.S. MAGISTRATE JUDGE

DATE:      DECEMBER 19, 2001

TO:        MR. MIGUEL SALINAS
           MR. JOHN E. CHOSY