IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 2 2002

Michael N. Milby
Clerk of Court

JIMMY HERRERA, Plaintiff *
*
* CIVIL ACTION NO.: B-01-024
v. *
*
CTS CORPORATION, ET. AL., Defendants *
*

**NOTICE OF FILING SOCIAL SECURITY RECORDS**

Defendant CTS Corporation, by its undersigned attorney in charge, files the attached Application for Disability Insurance Benefits and Questionnaire as received from the Social Security Administration. The Court ordered plaintiff to file these documents in its Order dated December 10, 2001. The undersigned received the attached 7 pages by mail from the Social Security Administration on January 2, 2002.

**Defendant's Comments**

In the application dated June 20, 2000, plaintiff states:

1. "I became unable to work because of my disabling condition on April 14, 2000" (page 1);

2. "I agree to notify the Social Security Administration if:

-- My medical condition improves so that I would be able to work, even through I have not yet returned to work." (page 2) (It is noted that plaintiff testified at his deposition page 60, ll 15-21 that he has never notified the Social Security Administration that he is able to work.)

"Q. All right. Have you gone back to social security and told them that there's been a change in your medical condition?

"A. No.

"Q. Okay. Have you told them that, gee, I think I can go back to work?

"A. No."

In the Questionnaire date August 12, 2000, plaintiff states:

3. "I cannot finish a job on time because I have to sit for 10-15 minutes to relieve the pain in my feet; my knees sometimes slip from its [sic] socket when I am walking or carrying something." (page 1, Item 1.E.)

**********************

Signed this 2nd day of January 2002.

Respectfully submitted,

John E. Chosy Attorney-at-Law, P.C.
1805 Ruben M. Torres Blvd., Suite B-21
Brownsville, Texas 78526
Telephone: (956) 544-6677
Telefax : (956) 544-6679

By: ______________________
John E. Chosy
State Bar No. 04216300
Cameron County ID No. 00304801
Federal I.D. No. 1054
Attorney-in-Charge

ATTORNEY FOR DEFENDANT

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on all counsel of record in this matter in accordance with the Federal Rules of Civil Procedure by personal delivery on the 2nd day of January 2002.

John E. Chosy

NOTICE OF FILING SOCIAL SECURITY RECORDS – PAGE 3

NH 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 SG-SSA-16

: UNIT: 4ZDDI2 :
6/20/20 101

APPLICATION FOR DISABILITY INSURANCE BENEFITS

APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS JIMMY HERRERA.

MY SOCIAL SECURITY NUMBER IS 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.

MY DATE OF BIRTH IS March 15, 1968.

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON April 14, 2000.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION OR FOR ME.

I HAVE NOT FILED NOR DO I INTEND TO FILE FOR ANY WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

THE SOCIAL SECURITY ADMINISTRATION AND THE STATE AGENCY REVIEWING MY CLAIM DOES HAVE MY PERMISSION TO CONTACT MY EMPLOYER(S).

I AM MARRIED TO ROSALINDA JASSO. WE WERE MARRIED ON August 8, 1992 IN SAN BENITO TX BY A CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS August 28, 1969 AND SOCIAL SECURITY NUMBER IS _________*.

I WAS NOT PREVIOUSLY MARRIED.

I HAVE THE FOLLOWING CHILD OR CHILDREN WHO MAY BE ELIGIBLE FOR SOCIAL SECURITY

NH 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                          SG-SSA-16

BENEFITS:
SARAH N HERRERA
TARYN M HERRERA

I UNDERSTAND THAT I MUST PROVIDE MEDICAL EVIDENCE ABOUT MY DISABILITY, OR ASSIST THE SOCIAL SECURITY ADMINISTRATION IN OBTAINING THE EVIDENCE.

I UNDERSTAND THAT I MAY BE REQUESTED BY THE STATE DISABILITY DETERMINATION SERVICES TO HAVE A CONSULTATIVE EXAMINATION AT THE EXPENSE OF THE SOCIAL SECURITY ADMINISTRATION AND THAT IF I DO NOT GO, MY CLAIM MAY BE DENIED.

I AUTHORIZE ANY PHYSICIAN, HOSPITAL, AGENCY, OR OTHER ORGANIZATION TO DISCLOSE ANY MEDICAL RECORD OR INFORMATION ABOUT MY DISABILITY TO THE SOCIAL SECURITY ADMINISTRATION OR TO THE STATE DISABILITY DETERMINATION SERVICES THAT MAY REVIEW MY CLAIM OR CONTINUING DISABILITY.

I AUTHORIZE THE SOCIAL SECURITY ADMINISTRATION TO RELEASE ANY INFORMATION ABOUT ME TO A PHYSICIAN OR MEDICAL FACILITY PREPARATORY TO AN EXAMINATION OR TEST. RESULTS OF SUCH EXAMINATION OR TEST MAY BE RELEASED TO MY PHYSICIAN OR OTHER TREATING SOURCE.

I AUTHORIZE THAT INFORMATION ABOUT MY DISABILITY MAY BE FURNISHED TO ANY CONTRACTOR FOR CLERICAL SERVICES BY THE STATE DISABILITY DETERMINATION SERVICES.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION OF ALL EVENTS AS EXPLAINED TO ME.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION IF:
    -- MY MEDICAL CONDITION IMPROVES SO THAT I WOULD BE ABLE TO
    WORK, EVEN THOUGH I HAVE NOT YET RETURNED TO WORK.
    -- I GO TO WORK WHETHER AS AN EMPLOYEE OR A SELF-EMPLOYED
    PERSON.
    -- I APPLY FOR OR RECEIVE A DECISION ON BENEFITS UNDER ANY
    WORKERS' COMPENSATION LAW OR PLAN (INCLUDING BLACK LUNG
    BENEFITS FROM THE DEPARTMENT OF LABOR), OR OTHER PUBLIC
    BENEFIT BASED ON DISABILITY.

    -- I AM IMPRISONED FOR CONVICTION OF A FELONY.

THE ABOVE EVENTS MAY AFFECT MY ELIGIBILTY TO DISABILITY BENEFITS AS PROVIDED IN THE SOCIAL SECURITY ACT, AS AMENDED.

I AGREE TO NOTIFY THE SOCIAL SECURITY ADMINISTRATION IF I BECOME ENTITLED TO A PENSION OR ANNUITY BASED ON EMPLOYMENT AFTER 1956 NOT COVERED BY SOCIAL SECURITY, OR IF SUCH PENSION OR ANNUITY STOPS.

BENEFITS TO A STEPCHILD TERMINATE THE MONTH AFTER THE MONTH THE WORKER AND THE STEPCHILD'S PARENT OBTAIN A FINAL DIVORCE. THEREFORE, IF A STEPCHILD BECOMES ENTITLED ON MY RECORD, I AGREE TO NOTIFY SSA IF THE STEPCHILD'S PARENT AND I SUBSEQUENTLY DIVORCE.

MY REPORTING RESPONSIBILITIES HAVE BEEN EXPLAINED TO ME.

REMARKS:

NH 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                                           ⊍G-SSA-16

I HAVE REVIEWED MY EARNINGS RECORD AND IT IS CORRECT AS POSTED. IN 1991 EARNINGS WERE LOW DUE TO TIME OUT FROM WORK DUE TO ILLNESS. I RETURNED TO WORK IN 92 AND HAVE WORKED CONTINUOUSLY UNTIL 041400 WHEN I STOPPED DUE TO MY WORSENING MEDICAL CONDITION.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.


MY MAILING ADDRESS IS 1041 EBANO
                      SAN BENITO TX 78586
SIGNATURE _____         DATE _____6/20/00_____

WITNESSES ARE REQUIRED ONLY IF THIS APPLICATION HAS BEEN SIGNED BY MARK (X) ABOVE. IF SIGNED BY (X), TWO WITNESSES TO THE SIGNING WHO KNOW THE APPLICANT MUST SIGN BELOW, GIVING THEIR FULL ADDRESSES.


_____        _____
SIGNATURE OF WITNESS                SIGNATURE OF WITNESS

_____        _____
NUMBER AND STREET ADDRESS           NUMBER AND STREET ADDRESS

_____        _____
CITY, STATE AND ZIP CODE            CITY, STATE AND ZIP CODE

HERRERA, JIMMY
1041 EBANO
SAN BENITO, TX
78586
CAMERON
60/536/5075

IN/DIB

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

DOB:03151968 N87016

JESTIONNAIRE

This information will help us understand your condition and how it affects you. If you need more space to answer any question, there is room at the end of this form or you may attach extra pages.

1. Describe your symptoms (for example: pain, fatigue, weakness, shortness of breath, etc.). pain to both feet knees legs, back and sometimes left arm, hands and underfingernails, fatigue, shortness of breath is frequent. There are very few days that I don't feel weak.

   A. What brings on your symptoms or makes them worse? walking or standing for long periods of time and If I sit for a long time

   B. If you have pain, where is it located? bottom of feet to top of legs also sometimes left arm, hands and underfingernails

   C. How often do your symptoms occur, (per day, per week, etc.)? my symptoms are always with me, but they are mild if I'm lying down or sitting with my legs levatated

   D. Have your symptoms changed since you began having them? YES ✓ NO ___
   If YES, describe how they have changed. I have been having pain since I was 12 or 13 and over the years they have gotten worse I have worked since 1985 and was able to tolerate the pain until now

   E. How does your impairment affect your ability to complete routine activities or chores? Give examples. I cannot finish a job on time because I have too sit for 10-15 minutes to relieve the pain on my feet; my knees sometimes slip from its socket when I'm walking or carrying something

2. Do you take medicine to relieve your symptoms? YES ✓ NO ___

   A. If YES, what kind? advil or prescribed pain reliever (proxy) 500 mg
   I have little relieve after taking the pills
   I believe it is because of the poor circulation

TRC/RVI-993-P (1) (over)

RECEIVED BY 03
AUG 15 2000
TX DDS

B. How much and how often do you take it? I take advil once every 3-4 hours and the propoxy only at night before I [illegible]

C. Does your medicine help? YES ✓ NO ___. If YES, how much and for how long? advil will mildly relieve pain and propoxy helps me when I go to bed

D. Is there any reason you do not take your medicine? YES ✓ NO ___. If YES, explain. I do not take propoxy during the day because it makes me drowsy

3. Do you wear or/use anything, other than medicine, to relieve your symptoms? YES ___ NO ✓. If YES, explain. I have tried heating pads, elastic bandages for support, also walking shoes (ortopedic shoes) but it does not help

4. Is there anything else you do to relieve your symptoms? lie down or sit with my legs levantaded

5. What do you do for exercise? walk a little at a time

6. Describe what you do on an average day, what takes most of your time during the day, etc. most of the day I will be in bed watching tv and I will throw out the garbage and do some laundry, but I always get help with the laundry from my mom.

7. What activities are you not able to do now because of your symptoms that you were able to do in the past?

Work/Housework I cannot do any yardwork anymore it is also very difficult to do house cleaning or repairs

Recreation I sometimes take my daughter to the movies I can't take her out to the zoo or the park any more

Personal care (grooming, bathing, dressing, etc.) I manage fairly well with personal care because I take my time.

8. Do your symptoms a. ct your ability to perform any of the following activities? If YES, describe how.

| YES | NO | | |
|---|---|---|---|
| √ | | - Sitting | pain to both feet, knees and back |
| √ | | - Standing | pain to feet, knees legs and lower back |
| √ | | - Walking | pain to feet and legs |
| √ | | - Lifting/Carrying | pain to feet and back |
| √ | | - Using your hands | pain to left arm, both hands and under finger nails |
| √ | | - Bending | pain to feet and back |
| √ | | - Kneeling, squatting | pain to feet and knees |
| √ | | - Climbing | pain to feet and legs |
| | √ | - Reaching forward | |
| √ | | - Working or reaching overhead | pain to feet - will also lose balance |
| | √ | - Hearing | |
| | √ | - Speaking | |
| | √ | - Traveling to and from work | NO - if it's a short drive |
| | √ | - Reading the newspaper | |
| | √ | - Watching TV | |
| | √ | - Driving the car | |
| | √ | - Using the telephone | |

9. **Please give your height** 6 **and weight** 210 lbs. **Is there anything else you wish to state about your condition? YES** √ **NO** ___. **If YES, state it here.**

I have lost or quit jobs because of my illness, when I'm at work I get angry, frustrated and almost intolerable to work with because of my pain, I found that I was always trying to work harder to handle my pain [illegible]

10. We may need to contact other people for information about your condition. Please list the names, addresses, and phone numbers of your spouse, relative(s) or friend(s) who are familiar with how your condition affects your activities. If you have the names and phone numbers of additional persons we may contact, please list on the last page. (Do not list doctors.)

A. Name Rosalinda Herrera Relationship wife

Address [illegible] F.M. 1577 Box 1160 Daytime phone (956) 412-1401

San Benito, Tx. 78586 Home phone (956) 361-2357

 (over)

B. Name Adriana Guerra Relationship mother

Address 1041 Ebony St. Daytime phone (956) 361-1474

San Benito, Tx 78586 Home phone Same

Signature of Claimant [signature] Date 8-12-00

Form Completed By Self

Relationship to Claimant

TX DDS
AUG 1 5 2000
RECEIVED BY 03

# John E. Chosy

Attorney-at-Law, P.C
Suite B-21 Paseo Plaza Center
1805 Ruben Torres Blvd.
Brownsville, Texas 78526

Phone. 956/544-6677
Fax: 956/544-6679
Mobile: 956/498-6677
e-mail. jchosy@ies.net

January 2, 2002

Clerk of the Courts
United States District Court
Southern District - Brownsville Division
600 E. Harrison, #1158
Brownsville TX 78520

Re: Civil Action No. B-01-024
Jimmy Herrera v.
CTS Corporation, et. al.
United States District Court
Southern District - Brownsville

Dear Clerk:

Enclosed for filing in the above referenced cause is a Notice of Filing Social Security Records.

A copy of the foregoing has been served on all counsel of record in this matter.

Thank you for your assistance.

Sincerely,

John E. Chosy

JEC/lac
enc.
xc: Mr. Miguel Salinas
Attorney at Law
805 Old Port Isabel Road
Brownsville TX 78520