IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JIMMY HERRERA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-024 |
| | § | |
| CTS CORPORATION, | § | |
| Defendant. | § | |
| | § | |

## FINAL JUDGMENT

Pending before the Court is Defendant CTS Corporation's ("CTS") Motion for Summary Judgment (Docket No. 15) and Brief in Support of Motion (Docket No. 16). After careful consideration of this matter, the Court is of the opinion that CTS's motion should be **GRANTED**. This case is **DISMISSED** in its entirety.

DONE in Brownsville, Texas, on this 15th day of January, 2002.

John Wm. Black
United States Magistrate Judge