

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 13 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JIMMY HERRERA, | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | B-01-024 |
| | § | |
| CTS CORPORATION, | § | |
|     Defendant | § | |

## PLAINTIFF JIMMY HERRERA'S NOTICE OF APPEAL

Notice is hereby given that Jimmy Herrera, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit from a Final Judgment order granting Summary Judgment. The order was entered in this action on January 16, 2002.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: _Miguel Salinas_
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax