29

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



| | | |
|---|---|---|
| JIMMY HERRERA, | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | B-01-024 |
| | § | |
| CTS CORPORATION, | § | |
|     Defendant | § | |

### CERTIFICATE OF INTENT NOT TO ORDER TRANSCRIPT

Pursuant to Federal Rules of Appellate Procedure, 10(b)(1)(B) Jimmy Herrera, Plaintiff in the above named case, certifies that no transcript will be ordered.

                                              Respectfully submitted,
                                              LAW OFFICE OF MIGUEL SALINAS

BY: _____
MIGUEL SALINAS
Attorney in Charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax