3(

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

FEB 2 6 2002

| | | |
|---|---|---|
| JIMMY HERRERA, | § | |
|     Plaintiff | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | B-01-024 |
| | § | |
| CTS CORPORATION, | § | |
|     Defendant | § | |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

Pursuant to Federal Rules of Appellate Procedure, 10(b)(3)(A) Jimmy Herrera, Plaintiff in the above named case, files the following statement of issues he intends to present on appeal.

1. The District Court erred in granting Defendant's Motion for Summary Judgment as follows:

   a. The Plaintiff established he could have, with or without reasonable accommodation, performed the essential functions of his job duties.

   b. The Plaintiff's deposition testimony was not inconsistent with the affidavit he provided in support of his response to Defendant's Summary Judgment Motion.

   c. The Plaintiff provided adequate explanation to reconcile the disparities between his Social Security disability claim and his Texas Commission on Human Rights disability discrimination claim.

Respectfully submitted,
LAW OFFICE OF MIGUEL SALINAS

BY: _____
MIGUEL SALINAS
Attorney in charge
FEDERAL I.D. NO. 15171
STATE BAR NO. 17534750
803 Old Port Isabel Rd.
Brownsville, Texas 78521
956/550-1115 Telephone
956/550-1134 Telefax

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the true and foregoing copy of Plaintiff's Statement of Issues to be Presented on Appeal was sent to the Defendant via telefax and regular mail on this the 25th day of February, 2002 through its attorney of record:

  Hon. John Chosy
  LAW OFFICES OF JOHN E. CHOSY
  1805 Ruben M. Torres Blvd.
  Paseo Plaza Center, Suite B-21
  Brownsville, Texas 78526
  Facsimile: 956/544-6679

                _____
                Miguel Salinas