```
                      ----------------
                       No. 02-40320
                      ----------------
```

JIMMY HERRERA

    Plaintiff - Appellant

v.

CTS CORPORATION, Etc; ET AL

    Defendants

CTS CORPORATION, doing business as CTS Electronic Corporation

    Defendant - Appellee

**U.S. COURT OF APPEALS**
**FILED**
OCT 15 2002
CHARLES R. FULBRUGE III
CLERK

CAB-01-24

United States District Court
Southern District of Texas
FILED
OCT 29 2002
Michael N. Milby
Clerk of Court

<u>ENTRY OF DISMISSAL</u>

Pursuant to appellant's motion this appeal is dismissed this 15th day of October, 2002, see FED. R. APP. P. 42(b).

                    CHARLES R. FULBRUGE III
                    Clerk of the United States Court
                    of Appeals for the Fifth Circuit

                    By: _____
                    Tabitha Casimier Tobias, Deputy Clerk

                    FOR THE COURT - BY DIRECTION

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana